UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:26-cr-115-CEM-NWH

                                            18 U.S.C. § 875(c)

MICHAEL JAI RUPCHAND

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Transmission of Interstate Threat to Injure)

On or about April 9, 2026, in the Middle District of Florida, and elsewhere, the defendant,

**MICHAEL JAI RUPCHAND,**

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure or kill another person, that is, a telephone communication to the Veteran's Administration threatening to "start killing people" and "start murdering people" or words to that effect, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Jerry M. Harre
Special Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
May 26

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## MICHAEL JAI RUPCHAND

## INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill,

_____ Foreperson

Filed in open court this 6th day of May, 2026.

_____ Clerk

Bail $_____

GPO 863 525