UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL JAI RUPCHAND | CASE NO. 6:26-cr-115-CEM-NWH |

**JOINT MOTION TO CONTINUE**

The United States and the defendant, through undersigned counsel, jointly request this Court continue the subject case from its currently set trial date of November 17, 2026, to a date-certain in the December trial term:

1. On May 6, 2026, the defendant was indicted by a Grand Jury with a single count of transmission of an interstate threat to injure. (Doc. 6)

2. This case was originally set for the July trial term, beginning on July 6, 2026. (Doc. 12)

3. On May 26, 2026, the defendant filed a motion to continue the case one trial term. (Doc. 25)

4. This Honorable Court granted that continuance on May 28, 2026, and the case was set for the August trial term. (Doc. 26)

5. At a status conference held on July 16, 2026, the Court granted an oral motion from the defense to continue the case two trial terms. (Doc. 28)

6. On August 19, 2026, the Government filed a Superseding Indictment, changing only the language alleged in the sole count. (Doc. 31)

7. On September 1, 2026, the Defense filed a motion to dismiss the indictment in the case. (Doc. 37)

8. The Government filed a response to the motion to dismiss on September 15, 2026. (Doc. 38)

9. At a status conference held on September 17, 2026, this Honorable Court granted an oral motion from the defense to continue the case one term so that the Court could rule on the motion to dismiss. (Doc. 39)

10. On October 13, 2026, the Court denied the defense motion to dismiss the case. (Doc. 42)

11. The same date, at a status conference held on October 13, 2026, the defense requested that the Court set a date certain for trial. (Doc. 43)

12. The Court set this case for a date certain Jury Trial beginning on November 17, 2026. *Id.*

13. Government counsel on this case is currently set to be out of the country from November 18 to November 27, 2026.

14. Government counsel is the sole counsel on this matter and has been since indictment of the case.

15. It would prejudice the United States to have to substitute counsel at this time, so close to trial.

16. The United States recently determined that there may be additional discovery in this case that it needs to find and produce for the defense. This discovery was specifically requested by the defense after the Government filed a

witness list that included a witness about whom no discovery has been provided. It is the officer who Baker-acted the defendant on the day of the alleged threat. Neither a report written by said officer nor body-worn-camera video from that officer is currently in the possession of the United States. This evidence, if it exists, would be crucial to the defense.

17. The United States recently did not oppose a motion from the defendant to modify his pretrial release conditions, specifically, to allow him to have his global positioning system (GPS) ankle-monitor removed. (Doc. 45)

18. Counsel for the defendant has conferred with her client and, particularly given that his GPS ankle-monitor has now been removed, he does not have any concerns with the requested continuance. He also understands the need to obtain the additional discovery, if it exists.

19. Government counsel calculates that there are 49 days remaining on the speedy trial clock.

20. On September 17, 2026, this Honorable Court found the time until November 30, 2026, shall be “excludable time” pursuant to 18 U.S.C. § 3161(h).

21. Both Government counsel and the counsel for the defendant are available the week of December 7, 2026, the week of December 21, 2026, or the first week of January, 2027.

Wherefore, the Government and the defendant respectfully request that this Honorable Court **GRANT** the instant motion to continue the currently set trial to a

date-certain in the December trial term, so that the United States can continue to search for potential discovery and so that both parties can properly prepare for trial.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

/s/ Katherine Puzone
Katherine Puzone, Esq.
Assistant Federal Defender
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801

By: /s/ Jerry M. Harre
JERRY M. HARRE
Special Assistant U.S. Attorney
USAO No. 234
Office of the United States Attorney
400 W. Washington St., Ste. 3100
Orlando, FL 32801
407-648-7500
jerry.harre@usdoj.gov